**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

BRANDY RETHERFORD, *et al.*,

      Plaintiff,

      v.

THE HERTZ CORPORATION,

      Defendant.

Case No: 2:23-cv-719-KCD-NPM

**DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF ITS MOTION TO STRIKE PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY (DOC. 149)**

Defendant The Hertz Corporation ("Hertz") respectfully moves for leave to file a reply of no more than five pages in support of its Motion to Strike Plaintiff's Notice of Supplemental Authority (Doc. 149). In support, Hertz states as follows:

1.    On April 29, 2026, Hertz moved to strike Plaintiff's Notice of Supplemental Authority (Doc. 147) as cumulative of authority Plaintiff already presented in her fully briefed Motion for Tolling (Doc. 122). (*See* Doc. 149.)

2.    On May 8, 2026, Plaintiff filed a six-page Response (Doc. 150) opposing the Motion to Strike. The Response advances several new arguments — including that Rule 12(f) does not authorize the relief sought, that Hertz's own prior notices of supplemental authority preclude the relief sought, and that *Kalantari* is non-cumulative because it is recent — that warrant a brief response.

3.    Hertz respectfully requests leave to file a reply of no more than five pages within three business days of the Court's ruling on this Motion.

Respectfully submitted this 27th day of May, 2026

s/ *Kevin M. Young*
Kevin M. Young
FL Bar No. 114151
kyoung@seyfarth.com
Alexander W. Simon
Special appearance
asimon@seyfarth.com
1075 Peachtree St. NE, Suite 2500
Atlanta, Georgia 30309
Telephone: (404) 885-1500

*Counsel for Defendant*

2

## RULE 3.01(g) CERTIFICATION

On May 21, 2026, pursuant to Local Rule 3.01(g), Defendant's counsel conferred by telephone (following email) with Plaintiff's counsel regarding the relief requested in this Motion. Plaintiff's counsel took the position that conferral is not required for a motion for leave to reply but would not consent to the relief requested.

s/ *Kevin M. Young*
Counsel for Defendant
