# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

BRANDY RETHERFORD,
individually and on behalf of all
those similarly situated,

    Plaintiff,                            No. 2:23-cv-719-KCD-NPM

v.

THE HERTZ CORPORATION,

    Defendant.

_____/

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff, BRANDY RETHERFORD, pursuant to LR 3.01(i), herein files this Notice of Supplemental Authority in support of Plaintiffs' Motion To Conditionally Certify An FLSA Collective Action And Authorize Notice (DE 57).  The citation to the supplemental authority is *Woolbright v. Blue-Grace Group*, No. 8:25-cv-1692, 2026 U.S. Dist. LEXIS 102803 (M.D. Fla. May 8, 2026).  This supplemental authority supplements arguments in Plaintiffs' Motion To Conditionally Certify An FLSA Collective Action And Authorize Notice, specifically the arguments made at DE 57 at pages 11-12 and 16-20.

1.    The *Woolbright* decision held that:  "The Eleventh Circuit endorses a two-stage process for determining whether a FLSA collective action should be certified: 1) the notice stage; and 2) the decertification stage.  At the notice stage, the court determines whether there are 'similarly situated' employees

who wish to opt-in to the lawsuit.  It is the plaintiff's burden to show a reasonable basis for his claim that there are other similarly situated employees. However, the burden on the plaintiff is not a heavy one.  Rather, because the court has minimal evidence before it, the determination is made using a fairly lenient standard, and typically results in conditional certification of a representative class." *Woolbright*, 2026 U.S. Dist. LEXIS 102803, at *3-4 (internal citations and quotations omitted).  This supplements the arguments Plaintiffs made at DE 57 at pp. 11-12 and 16-18.

2.   The *Woolbright* decision also held that:  "Since the complaint was filed, 13 individuals filed consents to join this litigation. This number shows sufficient interest that other plaintiffs want to join this lawsuit." *Woolbright*, 2026 U.S. Dist. LEXIS 102803, at *4.  This supplements the arguments Plaintiffs made at DE 57 at pp. 19-20.

Dated:  June 24, 2026                        Respectfully submitted,

*/s/ Gregg I. Shavitz*
SHAVITZ LAW GROUP, P.A.
Gregg I. Shavitz, Esq.
gshavitz@shavitzlaw.com
Michael Palitz, Esq. (New York office)
mpalitz@shavitzlaw.com
622 Banyan Trail, Suite 200
Boca Raton, FL 33431
Telephone: (561) 447-8888

MITCHELL L. FELDMAN
Florida Bar No. 0080349
FELDMAN LEGAL GROUP
12610 Race Track Road,  #225
Tampa, FL 33626
Tele: (813) 639-9366/Fax: (813) 639-9376
Email:mfeldman@flandgatrialattorneys.com

*Attorneys for Plaintiffs and Opt-In Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 24, 2026, I have herein electronically served all parties to this action with the above filing using the CM/ECF system. The parties may access this filing through the Court's E-Filing system.


*/s/ Gregg I. Shavitz*
Gregg I. Shavitz